IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00640-FDW-DSC

| | |
|---|---|
| MARIANO OSPINA BARAYA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| FRANCISCO JAVIER OSPINA ) | |
| BARAYA et. al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion for Service of Process of Defendant Rafael Ignacio Ospina Baraya" (document # 36). For the reasons set forth therein, the Motion will be granted.

The Clerk shall deliver to the U.S. Marshal a copy of this Order and the Summons issued for Defendant Rafael Ignacio Ospina Baraya on October 5, 2022. Document #34 at 5-6.

The Marshal shall serve process upon the Defendant Rafael Ignacio Ospina Baraya at 511 Flameview Lane, Vero Beach, Florida 32963 pursuant to the Federal Rules of Civil Procedure.

The Clerk is further directed to send copies of this Order to pro se Plaintiff and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: October 14, 2022

David S. Cayer
United States Magistrate Judge